# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RODNEY DEON BETHANY, #1221925, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:18-CV-1403-D |
| LORIE DAVIS, Director | § | |
| TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections, and the district judge has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that the successive petition for writ of habeas corpus is transferred to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

**SO ORDERED**.

July 23, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE